USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YONY SOSA                                          :
                       Plaintiff   :
                                             :   19 Civ. 10958 (LGS)
           -against-        :
                                             :   ORDER
ZARA USA, INC.                                    :
                   Defendant.    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for January 30, 2020 (Dkt. No. 5),

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the January 30, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

      The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances. The parties shall file pre-motion letters pursuant to the Court's Individual Rules when prepared to file a motion to dismiss or a motion to conditionally certify a collective action.

Dated: January 27, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**