UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YONY SOSA,                                                  :
                                    Plaintiff               :
                                                            :          19 Civ. 10958 (LGS)
                    -against-                                :
                                                            :               ORDER
ZARA USA, INC.,                                             :
                                    Defendants.             :
------------------------------------------------------------:
                                                            X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Case Management Plan directs the parties to file a joint status letter by

March 30, 2020.  ECF 11;

        WHERES, no joint status letter has been filed.  It is hereby

        **ORDERED** that the parties shall file a joint status letter by **April 8, 2020**.  The parties are

reminded to comply with Court Orders.

Dated: April 6, 2020
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**