UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
YONY SOSA                                                     :
                              Plaintiff    :    19 Civ. 10958 (LGS)
                                                              :
            -against-                      :    ORDER
                                                              :
ZARA USA, INC.                                                :
                              Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the final case management conference is set for June 18, 2020, at 10:30 A.M. ECF 11 at 4;

WHEREAS, on April 9, 2020, Defendant's motion to dismiss the First Amended Complaint was fully briefed by the parties. *See* ECF 27. The motion to dismiss is currently pending;

WHEREAS, on June 4, 2020, Defendant filed a pre-motion letter in compliance with the case management plan. ECF 31;

WHEREAS, on June 5, 2020, the Court issued an Order stating that Plaintiff's response to Defendant's letter is not due until seven days after the Court rules on the pending motion to dismiss. ECC 32. It is hereby

**ORDERED** that the final case management conference is canceled.

Dated: June 16, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE